UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

THOMAS BRANIGAN                             :

            Plaintiff(s)        :     **JUDGMENT**

   (vs)                                     :

BAYSIDE STATE PRISON, ET AL.                :     Civil #08-00132 (RBK)

            Defendant(s)       :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on May 21, 2010 and no timely objection having been filed,

IT IS, on this 2d day of July, 2010

ORDERED that the report of Hon. John W. Bissell dated May 21, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Thomas Branigan**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.